UNITED STATES COURT OF INTERNATIONAL TRADE

CYBER POWER SYSTEMS (USA) INC.,

               Plaintiff,

     v.

UNITED STATES,

               Defendant.

Before: Leo M. Gordon, Judge

Court No. 20-00124

**ORDER**

Upon consideration of Plaintiff's motion <u>in limine</u> to preclude the direct testimony of Import Specialist Linda Horacek, ECF No. 109, Defendant's response thereto, ECF No. 125, and all other papers and proceedings in this action; and upon due deliberation, it is hereby

**ORDERED** that Plaintiff's motion is denied; and it is further

**ORDERED** that Ms. Linda Horacek shall be permitted to present direct testimony on behalf of Defendant at trial.

                                    /s/ Leo M. Gordon
                               Judge Leo M. Gordon

Dated: August 4, 2022
      New York, New York