UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CYBER POWER SYSTEMS (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Leo M. Gordon, Judge <br><br> Court No. 20-00124 |

### ORDER

Upon consideration of Plaintiff's motion in limine to preclude the direct testimony of National Import Specialist Karl Moosbrugger, ECF No. 111, Defendant's response thereto, ECF No. 126, and all other papers and proceedings in this action; and upon due deliberation, it is hereby

**ORDERED** that Plaintiff's motion is denied; and it is further

**ORDERED** that Mr. Karl Moosbrugger shall be permitted to present direct testimony on behalf of Defendant at trial.

                                                          /s/ Leo M. Gordon
                                                          Judge Leo M. Gordon

Dated: August 4, 2022
      New York, New York