UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CYBER POWER SYSTEMS (USA) INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>                Defendant. | Before: Leo M. Gordon, Judge<br><br>Court No. 20-00124 |

### ORDER

Upon consideration of Defendant's motion <u>in limine</u> to exclude affirmations as evidence at trial, ECF No. 115, Plaintiff's response thereto, ECF No. 121, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that Defendant's motion is granted in part; it is further

**ORDERED** that Plaintiff's Exhibit 81 (Klein Affirmation) is excluded from evidence at trial; and it is further

**ORDERED** that Defendant's motion regarding Plaintiff's Exhibits 82, 83, 84, 85, 86, 87, 88, 89, and 90 is denied as moot.

                                                                        /s/ Leo M. Gordon
                                                                  Judge Leo M. Gordon

Dated: August 4, 2022
       New York, New York