UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CYBER POWER SYSTEMS (USA) INC., <br><br>    Plaintiff, <br><br>  v. <br><br>UNITED STATES, <br><br>    Defendant. | Before: Leo M. Gordon, Judge <br><br> Court No. 20-00124 |

**ORDER**

Upon consideration of Defendant's motion in limine to exclude Rule 1006 summary evidence, ECF No. 113, Plaintiff's response thereto, ECF No. 120, and all other papers and proceedings in this action; and upon due deliberation, it is hereby

**ORDERED** that Defendant's motion is granted in part; it is further

**ORDERED** that Plaintiff's Exhibits 3, 4, and 5 are excluded from evidence at trial; and it is further

**ORDERED** that the disposition of Defendant's motion as to Plaintiff's other exhibits identified in that motion or the proposed Pre-Trial Order, ECF No. 132, is stayed pending the conclusion of the final Pre-Trial Conference scheduled for Monday, August 8, 2022.

                   /s/ Leo M. Gordon
                  Judge Leo M. Gordon

Dated: August 4, 2022
   New York, New York