UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CYBER POWER SYSTEMS (USA) INC., <br><br>              Plaintiff, <br><br>     v. <br><br>UNITED STATES, <br><br>              Defendant. | Before: Leo M. Gordon, Judge <br><br> Court No. 20-00124 |

## ORDER

Upon consideration of Defendant's motion in limine, ECF No. 117, Plaintiff's response, ECF No. 122, and all other papers and proceedings in this action; and upon due deliberation, it is hereby

**ORDERED** that Defendant's motion in limine as to Jim Anglemeyer and Denver B. Langaman is denied; and it is further

**ORDERED** that Defendant's motion in limine regarding Romer Pio R. Valdenarro, Paolo Kint Cendana, and Michael Ho is denied as moot as Plaintiff has stated that it no longer intends to call them as witnesses at trial.

                                                                           /s/ Leo M. Gordon  
                                                             Judge Leo M. Gordon

Dated: August 8, 2022  
       New York, New York